UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10 CIV. 9470

__HANS TOUSSAINT_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

__Lieutenant christopher Pinker_____

__Commissioner Hearing Officer CALERO__

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __HANS Toussaint__
            ID # __08-A-5795__
            Current Institution __Southport Correctional Facility__
            Address __P.O. Box 2000__
                    __Pine City, NY 14871-2000__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*                                3

Defendant No. 1    Name _Lieutenant Christopher Pinker_ Shield #_____
                   Where Currently Employed _Sing Sing Correctional Facility_
                   Address _354 Hunter Street_
                   _Ossining, New York 10562_

Defendant No. 2    Name _Commissioner Hearing Officer Calero_ Shield #_____
                   Where Currently Employed _Sing Sing Correctional Facility_
                   Address _354 Hunter Street_
                   _Ossining New York 10562_

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
_At Sing Sing Correctional Facility_

B.   Where in the institution did the events giving rise to your claim(s) occur? _____
_Sing Sing Correctional Facility - SHU - Disciplinary Hearing Room_

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____
_May 17, 2009 I was taken from General Population To Special Housing Unit approximately 7:00 PM evening Time_

Rev. 05/2010                                          4

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes X   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  Sing Sing Correctional Facility

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes X   No ___   Do Not Know ___

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ___   No ___   Do Not Know X

   If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ___   No X

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___   No X

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?  N/A

   1.  Which claim(s) in this complaint did you grieve?  N/A

   2.  What was the result, if any?  N/A

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.  N/A

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:  N/A

D.   Facts: _____

**What happened to you?**

See Attached

**Who did what?**

① Confidential Informant who accused Plantiff of this incident
② Lieutenant Christopher Pinker who authored this Tier 3 MisBehavior Report against Plantiff
③ Commissioner Hearing Officer CALERO found Plantiff guilty of said incident.

**Was anyone else involved?**

① Inmate Christopher Staley # 95-B-0035

② Confidential Informant

**Who else saw what happened?**

① Correction Officer F. Oriega

② Christopher Staley # 95-B-0035

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

See Attached

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Rev. 05/2010

5

_N/A_

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _N/A_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_See Exhibit A_

_See Exhibit B_

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

_$ 50,000_

_Fifty thousandth_

_Rev. 05/2010_                       7

VI.  **Previous lawsuits:**

|On these claims| A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No  X

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____ N/A _____
4. Name of Judge assigned to your case _____ N/A _____
5. Approximate date of filing lawsuit _____ N/A _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

|On other claims| C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No  X

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____ N/A _____
4. Name of Judge assigned to your case _____ N/A _____
5. Approximate date of filing lawsuit _____ N/A _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

*Rev. 05/2010*

8

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _N/A_

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _19th_ day of _November_, 20_10_

Signature of Plaintiff _Hamad Toussaint_

Inmate Number _08-A-5795_

Institution Address _Southport Correctional Facility_
_P.O. Box 2000_
_Pine City, N.Y. 14871-2000_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _19th_ day of _November_, 20_10_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Hamad Toussaint_

TIM S. HOURIHAN
Notary Public, State of New York
Chemung County No. 01HO6154367
Commission Expires October 23, 20_14_

**D. Facts:**

> **What happened to you?**

**{A}** On 5-17-09 Sunday evening Plantiff was Taken From His cell and escorted To S.H.U. without any Notification as To why.

**{B}** On 5-18-09 Monday morning Plantiff was served with a Tier 3 MisBehavior Report ~ charges 100.10 Assault on Inmate, 104.11 Violent Conduct, 113.10 weapon written and reported By Lieutenant Pinker
{Hearing Cassette Tape #1067}

**{C}** A Confidential Informant allegedly Told Lieutenant Pinker That Plantiff allegedly conspired with inmate Staley C. #95-B-0035 Illegally entered Inmate Davis #08-A-0801 cell HBB 2-10 each armed with Folded Can lids as weapons on 5-10-09 at approx. 01:15 pm. Once inside inmate Toussant and Inmate Staley allegedly attacked Inmate Davis with Folded Can lids Causing Serious multiple lacerations To inmate Davis's head, Face, Leg and ████ hand. Following the alleged attack Both inmates left The Scene.

**{D}** Allegedly one Folded can lid with a Card Board handle was immediately recovered directly Below the Scene of the incident on V gallery. The Folded can lid had what appeared To Be Fresh Blood on it. Inmate Davis was sent To outside Hospital For Treatment. The injuries allegedly incurred To inmate Davis By inmate Toussant and Staley.

D. Facts:

Continuation of
what happened?

{E} Plantiff was then Found guilty of all charges at a Partial Tier 3 Disciplinary Hearing By Commissioner Hearing Officer CALERO and Sentenced To 12 months S.H.U., 12 months Loss packages, 12 months Loss phone, 12 months Loss commissary

{F} Plantiff was then Shipped out of Sing Sing C.F To Southport C.F S.H.U

## III. Injuries:

Plantiff States as a result of wrongFull Confinement He Suffers Loss of packages For 180 Days, Loss of phone For 180 Days, Loss of Commissary For 180 Days

Plantiff States as a result of wrongFull confinement He Suffers from distress, No Program Pay, Deprived of academic + educational participation, RehaBilitive Programs and all other entitlements inmate of Liberty Status enjoy. Mental anguish from 23 Hours a day confinment, Inappropiate accomodation of Meals 3 Times a Day.

Plantiff States He was wrongFully conFined in Special Housing unit For 180 Days. From May 17, 2009 - Till - November 17, 2009

Plantiff States as a result of wrongFull confinement He was Relocated From Sing Sing C.F general population that is 45 minutes Distance For his Family visitation To a 6 hour Distance Special Housing unit Facility

## Facts

Plantiff States That His 8th admendment and 14th admendment Due Process rights were violated

### {1} The 8th Admendment

Plantiff was wrongfully confined in Special Housing unit For exactly 180 days - From May 17, 2009 Till November 17, 2009 which is violation of His 8th admendment right, Cruel and unusual Punishment.

### {2} The 14th Admendment

① Plantiff was denied His Fundamental Right To Call Material witness To Testify on His Behalf.

② Pursuant To 7 NYCRR 253.5 (a)(c)(1), The inmate May Call witnesses on his or her Behalf provided Their Testimony is Material, is not redundant, and in doing So does not Jeopardize institutional Safety or Correctional goals.

③ Plantiff requested The Hearing Officer To Call inmate C. Staley #95-B-0035 To Testify on his Behalf Staley was Named as a Co-perpetrator in the instant Misbehavior Report. The Author of This MisBehavior Report L.T. Pinker identified Staley during his Testimony as an alleged Co-perpetrator. This Made Staley a Material witness. see Escort v. Goord 779 NYS 2d 314.

④ Once The Hearing Officer Took L.T Pinkers Testimony Concerning Staleys alleged participation in →

## Facts continuation

The incident, Inmate Staleys' Testimony There For Became relevant and Material.

⑤ The Commissioner Hearing Officer CALERO improperly denied inmate Toussant His regulatory and His 14th admendment Due process right To call a witness.



"Exhibit-A"

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

BRIAN FISCHER
COMMISSIONER

LUCIEN J. LECLAIRE, JR.
DEPUTY COMMISSIONER
CORRECTIONAL FACILITIES

REVIEW OF SUPERINTENDENT'S HEARING

NAME: TOUSSANT, HANS                NO. 08A5795

HEARING FACILITY: SING SING

ON BEHALF OF THE COMMISSIONER AND IN RESPONSE TO YOUR RECENT LETTER OF APPEAL, PLEASE BE ADVISED THAT YOUR SUPERINTENDENT'S HEARING OF JUNE 3, 2009,    HAS BEEN REVIEWED AND REVERSED ON AUGUST 20, 2009.

COMMENCE REHEARING WITHIN 7 DAYS AND COMPLETE WITHIN 14 DAYS OF RECEIPT OF THIS NOTICE.


NORMAN R. BEZIO
DIRECTOR, SPECIAL HOUSING/
INMATE DISCIPLINARY PROGRAM


CC: FACILITY SUPERINTENDENT
    CENTRAL OFFICE FILES


APPEAL DECISION RENDERED PURSUANT TO SECTION 254.8 OF CHAPTER V AND ELECTRONICALLY PRODUCED UPON THE AUTHORITY OF THE DIRECTOR OF SPECIAL HOUSING/INMATE DISCIPLINE PROGRAM.

"Exhibit ~ B"

SOUTHPORT  Start by 8/27  
Due by 9/3

TAPE NUMBER: 09-427

DIN: 08A5795  NAME: TOUSSANT, HANS

LOCATION: 08-08-013

INCIDENT DATE & TIME:    05/10/09   01:15 PM   ITEM 3
REPORT DATE:             05/17/09
REVIEW DATE:             06/21/09                   BY: LT  MARKER

DELIVERY DATE & TIME:    06/21/09   11:05 AM  BY: CO  STEADLE

HEARING START DATE & TIME: 8/21/09  2:15 pm   BY: _____

HEARING END DATE & TIME:  11/21/09  2:24 pm   BY: _____

WAS THERE NEED FOR A FORMAL MENTAL HEALTH/INTELLECTUAL CAPACITY ASSESSMENT? Y /(N)

| CHARGE NUMBER | DESCRIPTION OF CHARGES | REPORTED BY | DISPOSITION |
|---|---|---|---|
| 104.11 | VIOLENT CONDUCT | LT  C.PINKER | |
| 100.10 | ASSAULT ON INMATE | | |
| 113.10 | WEAPON | | |

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE.

| PENALTY CODE DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ |
|---|---|---|---|---|---|---|
| | | | | | | |